UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 03-018** |
| v. | * | **SECTION: "C"** |
| **LUCAS N. KTISTAKIS** | | **MAGISTRATE: 3** |
| | * | |

\*   \*   \*

## MOTION FOR RELEASE ON BOND

**NOW INTO COURT**, through undersigned counsel, comes defendant Captain Lucas N. Ktistakis, who respectfully moves for release on bond.

As is set forth in the attached memorandum, defendant Lucas N. Ktistakis respectfully submits that he is not a flight risk or a risk of danger and may be released on bond under reasonable conditions imposed by the Court. The government and the defendant have reached a plea agreement in principle in this matter and are awaiting final approval from the Department of Justice. The defendant is also willing and able to deposit the entire amount of his anticipated restitution as a condition of his bond. Finally, two individuals are willing to post their homes as a property bond for Mr. Ktistakis, and two members of the bar of this Court are willing to act as third party custodians for Mr. Ktistakis.

**WHEREFORE**, defendant Ktistakis respectfully requests that his motion to be released on bond be granted.

Respectfully submitted,

*/s/William P. Gibbens*
William P. Gibbens, 27225
Ian Atkinson, 31605
SCHONEKAS, EVANS, McGOEY &
MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
(504) 680-6050
billy@semmlaw.com
ian@semmlaw.com

Attorneys for Lucas N. Ktistakis

## CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2013, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing on all counsel of record.

*/s/ William P. Gibbens*
WILLIAM P. GIBBENS
