UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO: 03-018** |
| **v.** | * | **SECTION: "C"** |
| **LUCAS N. KTISTAKIS** | * | **MAGISTRATE: 3** |

\* \* \*

**MEMORANDUM IN SUPPORT OF**
**DEFENDANT LUCAS N. KTISTAKIS'S MOTION FOR RELEASE ON BOND**

**NOW INTO COURT**, comes the defendant, Lucas N. Ktistakis, through undersigned counsel, who respectfully submits this memorandum in support of his Motion for Release on Bond and moves for expedited consideration.[1]

**I.      INTRODUCTION**

Defendant Lucas N. Ktistakis has been charged in a 2003 indictment with four counts of tax fraud.  At the time of his indictment, he had been living in his home country of Greece for over five years.  He was arrested on February 26, 2013 in Germany and confined to the medical wing of a German prison for more than six months before he was extradited to the United States.  On August 30, 2013, Mr. Ktistakis appeared for his detention hearing and stipulated to detention, reserving his right to reopen.  *See* R. Doc. 7.  Mr. Ktistakis now moves the Court to be released on bond.

---

1      Counsel has filed a motion for expedited consideration contemporaneously with this Motion.

Mr. Ktistakis and the government have reached an agreement in principal to resolve this matter by plea agreement. The defendant has approved a draft plea agreement and draft factual basis, both of which are under review for approval by the Department of Justice. Moreover, Mr. Ktistakis is ready to deposit with the Clerk of Court the entire tax loss, interest, and penalties estimated by the government—a total of $1,571,282.65—as a condition of his bond. Mr. Ktistakis is in poor health, has no criminal history, and presents no flight risk. For the reasons stated below, Mr. Ktistakis respectfully requests that he be released on bond.

## II. ARGUMENT

### A. THIS MATTER IS CLOSE TO RESOLUTION BY PLEA AGREEMENT AND MR. KTISTAKIS PRESENTS NO RISK OF FLIGHT.

Ongoing pre-trial detention of Mr. Ktistakis is not necessary in this matter. The parties have engaged in plea negotiations and have reached an agreement in principal, subject to approval by the Department of Justice. As part of the plea discussions, Mr. Ktistakis has approved a draft factual basis and draft plea agreement. The government estimates in these documents that the amount of restitution owed by Mr. Ktistakis to the Internal Revenue Service is $1,571,282.65. Mr. Ktistakis has secured this amount in its entirety and is prepared to deposit those funds into the registry of the Court and pledge the forfeiture of those funds as a condition of bond. In addition, Mr. Ktistakis's family has agreed to post property bonds for two homes (valued at approximately $400,000, free and clear of mortgages/encumbrances) owned by family members and friends as additional collateral for bail. Finally, Mr. Ktistakis's civil attorneys, James Roussel and Christopher Davis, both members of the Bar of this Court, have agreed to serve as third party custodians over Mr. Ktistakis for the Court.

That Mr. Ktistakis is a dual citizen of the United States and Greece does not present any risk that he will abscond if released on bond. Mr. Ktistakis has no criminal history and is agreeable to

any and all monitoring conditions that may be imposed by the Court to ensure he is not a flight risk. Moreover, it is important to note that Mr. Ktistakis's move to Greece occurred well before the indictment in this matter. Mr. Ktistakis made the decision to leave New Orleans in 1997 in order to care for his ailing mother and eventually retire in Greece, where he was born. This decision was made roughly two years after his daughter Maria moved away from New Orleans to Ohio. At the time, Mr. Ktistakis's mother was experiencing significant health problems, including progressive dementia diagnosed in 1994 as Alzheimer's Disease. He returned to Greece in 1997, after a turn for the worse in his mother's health. That move preceded his 2003 indictment by five years.

Moreover, after Mr. Ktistakis learned of the charges against him, he attempted on numerous occasions and through different channels to settle the tax liabilities underlying the indictment. He retained Mike Ellis as counsel in New Orleans and later Rob Martin as specialized criminal tax counsel in Chicago to negotiate a resolution of the charges with the Internal Revenue Service and the Department of Justice. Though these previous negotiations did not result in a plea agreement, they demonstrate Mr. Ktistakis's continuing attempts to resolve this matter.

Under the circumstances, Mr. Ktistakis submits that his proposed collateral is sufficient to secure his appearance throughout the remainder of these proceedings.

### B.  MR. KTISTAKIS HAS SUBSTANTIAL MEDICAL NEEDS AND HAS ALREADY BEEN DETAINED FOR OVER SIX MONTHS.

Mr. Ktistakis is also seventy-seven years old and in poor health. His myriad health problems include cardiovascular pathologies (most significantly an aortic aneurysm); diabetes mellitus; cataracts; right-side nephrectomy (removal of large cyst); severe nut and fruit allergies (causing anaphylactic reaction); chronic lumbar back concerns; loss of hearing; prostate problems; anemia; and depression. Due to these health concerns, Mr. Ktistakis was housed in the medical wing of a

German prison, on a twenty-four hour monitoring schedule, for the entirety of his more than six-month, unexpected incarceration in Frankfurt preceding extradition.  Permitting Mr. Ktistakis's release on bond would allow him to receive proper medical treatment before his sentencing in this matter.

### III.    CONCLUSION

For the foregoing reasons, defendant Lucas N. Ktistakis respectfully requests that his Motion for Release on Bond be granted on an expedited basis.

Respectfully submitted,

*s/William P. Gibbens*
William P. Gibbens, 27225
Ian Atkinson, 31605
SCHONEKAS, EVANS, McGOEY &
MCEACHIN, L.L.C.
909 Poydras Street, Suite 1600
New Orleans, Louisiana  70112
(504) 680-6050
billy@semmlaw.com
ian@semmlaw.com

Attorneys for Lucas N. Ktistakis

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2013, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing on all counsel of record.

*s/William P. Gibbens*
WILLIAM P. GIBBENS