U.S. D...
EASTERN D... ... LC...

2014 JAN -8 PM 4: 21

WILLI... L...
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 03-018 |
| v. | * | SECTION: "C" |
| LUCAS N. KTISTAKIS<br>KATHRYN L. KTISTAKIS | * | MAGISTRATE: 3 |

\* \* \*

### MOTION FOR LEAVE TO FILE SENTENCING-RELATED PLEADING UNDER SEAL

**NOW INTO COURT,** comes the United States of America, through the undersigned Assistant United States Attorney, and moves for leave to file the accompanying sentencing-related pleading and for it to be placed under seal. The United States respectfully submits that filing this sentencing related pleading under seal is necessary because it contains personal identifying information and sensitive information regarding both the defendant's wife, who is currently at large, and other third parties.

Accordingly, the government prays that leave is granted for the accompanying sentencing related pleading to be filed under seal in the record.

Respectfully submitted,

KENNETH ALLEN POLITE, JR.
UNITED STATES ATTORNEY

KATHLEEN KENEALLY
ASSISTANT ATTORNEY GENERAL

HAYDEN M. BROCKETT
TODD A. ELLINWOOD
Trial Attorneys
Department of Justice, Tax Division
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Phone: (504) 680-3048

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2014, I filed the foregoing with the Clerk of Court and a copy was provided, via electronic mail to counsel of record for the Defendant, Robert Martin, Esquire and William Gibbens, Esquire.

HAYDEN M. BROCKETT
Trial Attorney